IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Kristina Borishkevich, Erica Sweeney and Stoney McCleery, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 6:20-cv-3240 ) |
| Springfield Public Schools Board of Education, Springfield Missouri, SPS Superintendent John Jungmann, School Board Members Alina Lehnert, Denise Fredrick, Gerry Lee, Jill Patterson, Bruce Renner, Charles Taylor and Shurita Thomas-Tate | ) ) ) ) ) ) ) |
| Defendants | ) |

## ENTRY OF APPEARANCE
## ON BEHALF OF DEFENDANTS

COMES NOW Ryan Olson of the law firm of Ellis, Ellis, Hammons & Johnson, P.C. and enters an appearance on behalf of Defendants Springfield Public Schools Board of Education; SPS Superintendent Dr. John Jungmann; School Board Members, Dr. Alina Lehnert, Dr. Denise Fredrick, Gerry Lee, Jill Patterson, Bruce Renner, Dr. Charles Taylor and Dr. Shurita Thomas-Tate.

Respectfully submitted,

**ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.**

By /s/ Ryan Olson
Ransom A Ellis, III, Mo Bar No. 29129
Todd A. Johnson, Mo Bar No. 38363
Ryan Olson, Mo Bar No. 66125
2808 S. Ingram Mill, Suite A-104
Springfield, MO 65804
(417) 866-5091
(417) 866-1064    (facsimile)
rellis3@eehjfirm.com
tjohnson@eehjfirm.com
rolson@eehjfirm.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Western District of Missouri on this 10th day of August, 2020 using the CM/ECF System and a copy was made available to all electronic filing participants.

                                      Kristi S. Fulnecky
                                      Fulnecky Law, LLC
                                      2733 E. Battlefield Road
                                      Suite No. 211
                                      Springfield, MO 65804

                                      /s/ Ryan Olson